United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 18-11765-WIL
Robin Butler                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0          User: tsukeena        Page 1 of 1          Date Rcvd: Feb 12, 2018
                              Form ID: ntcddl        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
db              #Robin Butler,   18740 Tanterra Way,   Brookeville, MD  20833-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
        Cheryl E. Rose    trusteerose@aol.com,  crose@ecf.epiqsystems.com
        Kobi O. Smith    kobismith@gmail.com
                                                                          TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **18–11765 – WIL**     Chapter: **7**

**Robin Butler**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

DOCUMENT:                                **Voluntary Petition**

PROBLEM:                                 **The following pleadings are missing.**

CURE:                                    **All of these pleadings must be filed by the date shown below.**

**Credit Counseling Certificate due 02/26/2018**
**Ch 7 Income Form 122A–1 due 02/26/2018**

CONSEQUENCE:                             **If the problem is not cured by the date below,**
**YOUR CASE WILL BE DISMISSED WITHOUT A**
**HEARING.**

This notice is issued pursuant to:       **11 U.S.C. § 521**
**Federal Rule of Bankruptcy Procedure 1007**

**All deficiencies must be cured by <u>2/26/18</u>.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 2/12/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410−962−4072

cc:   Debtor
      Attorney for Debtor – Kobi O. Smith

Form ntcddl (03/05)